NO.
12-08-00035-CR

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

LEON KENTRELLE HEARD,       §                      APPEAL FROM THE 114TH

APPELLANT

 

V.        §                      JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §                      SMITH
COUNTY, TEXAS

                                                                                                                                                           


MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to the offense of burglary of a habitation.  The trial court assessed punishment at
imprisonment for ten years and a ten thousand dollar fine.  We have received the trial court’s
certification showing that Appellant waived his right to appeal.  See Tex.
R. App. P. 25.2(d).  Accordingly,
the appeal is dismissed for want of jurisdiction.

Opinion delivered January 31,
2008.

Panel consisted of Worthen,
C.J., Griffith, J., and Hoyle, J.

 

 

 

 

(DO NOT PUBLISH)